UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| ARNETIA JOYCE ROBINSON,<br><br>    Plaintiff,<br><br>V.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 7:15-cv-109-KKC<br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the opinion and order entered September 9, 2016, the Court hereby ORDERS and ADJUDGES as follows:

(1) Defendants' motions to dismiss (DE 22; DE 23) are GRANTED;

(2) All of Plaintiff's claims are DISMISSED;

(3) This judgment is FINAL and APPEALABLE; and

(4) This matter is DISMISSED and STRICKEN from the Court's active docket.

Dated September 26, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY